UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: MALINKA TACUMA WADE MOYE <br><br> _____/ | No. C 14-80177 RS (PR) <br><br> **ORDER MODIFYING PREFILING REVIEW ORDER;** <br><br> **INSTRUCTIONS TO CLERK** |

Moye's current filings have been assigned to the general duty judge for prefiling review. In 2009, this Court declared Moye a vexatious litigant and required that his future case filings be subject to prefiling review. *Moye v. City and County of San Francisco*, 09-3892-WHA, Docket No. 30. That order is MODIFIED to exclude cases filed while Moye is in custody because prisoner cases already are subject to screening. *See* 28 U.S.C. § 1915A. Accordingly, the Court directs the Clerk to file 14-80177-RS, 14-80178-RS, 14-80180-RS, 14-80181-RS as prisoner civil rights cases (Suit Code 550), and assign these cases according to the Court's Assignment Plan. The Honorable Edward Chen currently presides over Moye's cases under the Plan. Cases filed while Moye is not in custody remain subject to the prefiling review order.

**IT IS SO ORDERED**.

DATED: June 16, 2014

RICHARD SEEBORG
United States District Judge

No. C 14-80177 RS (PR)
ORDER OF DISMISSAL